RICHARD PUSZCZEWICZ, Plaintiff-Appellant, *v*. AMERICAN OIL COMPANY, Defendant-Appellee.

(No. 55490;

First District—July 5, 1972.

*Rehearing denied August 3, 1972.*

Opinion by Mr. JUSTICE BURKE.

Lawrence Walner, of Johnson, Colmar, Kelley, Ambrose, Thienpont & Bailey, of Chicago, for appellant.

Maurice R. Glover, of Chicago, for appellee.

ORTRUD McCORKLE, Plaintiff-Appellee, *v*. CHARLES D. McCORKLE, JR., Defendant-Appellant.

(No. 55805;

First District—August 3, 1972.